```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER ANDRETTA,

        Plaintiff,

  -v-

CITY OF NEW YORK,

        Defendant.
------------------------------------------------------------------X

21-cv-5783 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    On January 31, 2022, he Court held an initial conference in this case. At the conference, the parties represented that they would like to be referred to a Magistrate Judge for settlement discussions but would like at least sixty days to discuss settlement before appearing before the Magistrate Judge. The Court approved the proposed case management plan and set a post-discovery status conference for June 28, 2022, at 2:00 p.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

    The Clerk of Court is respectfully directed to mail a copy of this notice to Plaintiff.

    SO ORDERED.

Dated: February 4, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge