```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CHRISTOPHER ANDRETTA,                                            :
                                                                 :
                        Plaintiff,                               :
                                                                 :        21-cv-05783 (LJL)
        -v-                                                      :
                                                                 :           ORDER
CITY OF NEW YORK ET AL,                                          :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2022

LEWIS J. LIMAN, United States District Judge:

It is hereby ordered that a Case Management Conference will be held in this matter on August 16, 2022 at 12:00PM. The conference will proceed remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Plaintiff is warned that failure to attend may result in dismissal of his complaint for failure to prosecute and/or failure to cooperate in discovery.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff at 929 Cortlandt Ave., Apt. 6F, Bronx, NY, 10451 and to update the docket with the new address for the Plaintiff.

SO ORDERED.

Dated: July 29, 2022
       New York, New York                   _____
                                            LEWIS J. LIMAN
                                            United States District Judge