**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHRISTOPHER ANDRETTA,

                Plaintiff,

  -against-                                        21 **CIVIL** 5783 (LJL)

                                                      **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2022, defendant's motion to dismiss for failure to prosecute and/or for failure to comply with discovery demands is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 15, 2022

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                         **BY:**       *K. Mango*

                                                                      **Deputy Clerk**